UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

LAW OFFICES OF N.M. GEHI, P.C.,          Docket No.: 1:17-cv-05468-RJD-VMS
,

                   Plaintiffs,

                                                                             **NOTICE OF APPEARANCE**

         -against-

CONSUMER OPINION, LLC, *et al.*,.

                    Defendant.

------------------------------------------------------X

## NOTICE OF APPEARANCE OF NARESH M. GEHI, ESQ., AS COUNSEL FOR PLAINTIFF LAW OFFICES OF N.M. GEHI, P.C.

PLEASE TAKE NOTICE that Safashia Khan Esq., hereby appears as counsel for Plaintiff, Law Office of N.M. Gehi, P.C., I am an associate attorney at the law firm of Gehi & Associates, P.C., whose principal attorney Naresh M. Gehi, Esq. is the lead attorney of record for the Plaintiff in the present action. I certify that I am admitted to practice in the U.S. District Court for the Eastern District of New York.

Date:   Forest Hills, NY                     Respectfully submitted,
          September 21, 2017

                                             /s/Naresh M. Gehi
                                             Naresh M. Gehi, Esq.
                                             Gehi & Associates
                                             Attorneys for the Plaintiff
                                             118-21 Queens Boulevard, Suite 409
                                             Forest Hills, New York 11375
                                             (718) 263-5999
                                             *Attorney for Plaintiffs*

                                             /s/Safashia Khan
                                             Safashia Khan, Esq.
                                             Gehi & Associates
                                             Attorneys for the Plaintiff

118-21 Queens Boulevard, Suite 409  
Forest Hills, New York 11375  
(718) 263-5999  
*Attorney for Plaintiffs*