UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAW OFFICES OF N.M. GEHI, P.C.,

    Plaintiff,

        - against –

CONSUMER OPINION, LLC,
JOHN DOE #1 aka "Review # 481978" an
individual whose name is presently unknown,
JOHN DOE #2 aka "Review # 949333" an
Individual whose name is presently unknown,
Defendants.
-----------------------------------------------------------------X

Case No.: 17-cv-5468

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   OCT 05 2017   ★

BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiff Law Offices of N.M. Gehi, P.C. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants Consumer Opinion, LLC, John Doe #1 aka "Review # 481978" and John Doe #2 aka "Review # 94333".

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
    (a) **Voluntary Dismissal**.
        (1) *By the Plaintiff*.
            (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
                (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: October 3, 2017

LAW OFFICES OF N.M. GEHI, P.C.

118-21 Queens Blvd, Suite 409

Forest Hills, New York 11375

Ph: (718) 263-5999

Fax: (718) 263-1685

*So Ordered.*

s/ RJD

10/4/17

Case No. 1:17-cv-5468